NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TAWASKI ABRAMS, DOC #H24094,      )
                                  )
            Appellant,            )
                                  )
v.                                )      Case No.  2D18-3649
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____  )

Opinion filed June 21, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Margaret O. Steinbeck, Judge.

Tawaski Abrams, pro se.


PER CURIAM.

            Affirmed.




SILBERMAN, BLACK, and LUCAS, JJ., Concur.